NUMBER
13-10-00022-CR

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG

____________________________________________________________

 

JOSE
RAMOS,                                                                               Appellant,

 

                                                             v.

 

THE
STATE OF TEXAS,                                                                 Appellee.

____________________________________________________________

 

                            On
appeal from the 94th District Court 

of Nueces County,
Texas.

____________________________________________________________

 

                                      MEMORANDUM OPINION

 

     Before
Chief Justice Valdez and Justices Rodriguez and Garza

                               Memorandum
Opinion Per Curiam

 

Appellant,
Jose Ramos, was convicted of assault.  On January 13, 2010, appellant filed a
notice of appeal by and through his attorney.  Counsel for appellant
subsequently informed this Court that appellant did not intend to prosecute his
appeal.  Counsel filed a motion to dismiss the appeal, but the motion was
denied because it did not contain appellant’s signature.  See Tex. R. App. P. 42.2 (a).   

 

On
April 29, 2011, this Court abated the appeal because of counsel=s failure to file a brief and ordered the trial court to
determine whether appellant desired to prosecute this appeal.  Following the trial
court hearing, the trial court issued an order that the appeal be dismissed.  

Although
no written motion has been filed in compliance with Rule 42.2(a) of the Texas
Rules of Appellate Procedure, based upon the order issued by the trial court we
conclude that appellant does not want to continue his appeal and that good
cause exists to suspend the operation of Rule 42.2(a) in this case.  See
Tex. R. App. P. 2.   Accordingly,
we dismiss the appeal.

 

PER CURIAM

Do not
publish.  See Tex. R. App. P.
47.2(b).  

Delivered and filed the

4th day of August, 2011.